NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLENN DEFENSE MARINE (ASIA), PTE LTD.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5071

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-852, Judge Frances M. Allegra.

---

## ON MOTION

---

Before LOURIE, PROST, and MOORE, *Circuit Judges.*

MOORE, *Circuit Judge.*

## ORDER

Upon consideration of Glenn Defense Marine (Asia), Pte Ltd.'s motion for reconsideration of this panel's February 6, 2012 order dismissing Glenn Defense's appeal as moot,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUL 18 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David S. Black, Esq.
    P. Davis Oliver, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 18 2012

JAN HORBALY
CLERK